# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-00620-CV-W-DGK |
| | ) | |
| BILL HAGAR, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

On February 6, 2012 Plaintiff Tim Hickman appeared in person and by his attorney, John E. McKay. Defendant Bill Hager appeared in person and by his attorney John Kellogg. Mr. Hickman testified in person. Mr. Hager testified in person. The following exhibits were admitted into evidence:

| | | |
|---|---|---|
| Exhibit 1 | Centerpoint Hospital bills: | $11,413.40 |
| Exhibit 2 | Centerpoint Hospital records | |
| Exhibit 3 | Dr. Vega, D.D.S. records/bills: | $463.00 |
| Exhibit 4 | OHS CompCare records | |
| Exhibit 5 | Dr. Colyer bills: | $4,303.00 |
| Exhibit 6 | Dr. Colyer records | |
| Exhibit 7 | North Kansas City Hospital bills: | $31,319.24 |
| Exhibit 8 | North Kansas City Hospital records | |
| Exhibit 9 | OH Compcare bills: | $158.55 |
| Exhibit 10 | Dr. White, D.D.S. bills: | $250.00 |
| Exhibit 11 | Dr. White, D.D.S. records | |
| Exhibit 12 | UMKC School of Dentistry records and bills: | $1,155.00 |
| Exhibit 13 | Sabates Eye Group bills: | $444.00 |
| Exhibit 14 | Sabates Eye Group records | |
| Exhibit 15 | North Kansas City Hospital records Vol. II | |
| Exhibit 16 | Dr. Bene 7/16/10 report | |
| Exhibit 17 | Wage Verification (9/11/08 to 12/4/08 = 13 weeks Earned $7,608.00 ÷ 13 = $585.23 AWW x 51 weeks December 5, 2008 to November 25, 2009 off work due to fall. Ex. 29, p. 9) | |
| Exhibit 18 | DVD of 12/5/08 fall | |
| Exhibit 19 | Dr. Lausten 11/8/10 medical report | |

| | | |
|---|---|---|
| Exhibit 20 | Dr. Koprivica report 10/12/10 | |
| Exhibit 21 | Dr. Koprivica report 11/22/10 | |
| Exhibit 22 | Dr. Norman Smith endodontist records and bills: | $1,730.00 |
| Exhibit 23 | Dr. Lausten records | |
| Exhibit 24 | Dr. Lausten bills: | $196.53 |
| Exhibit 25 | Mortality table | |
| Exhibit 26 | Dr. Leonard Lausten resume | |
| Exhibit 27 | X-rays 12/29/10 Dr. Taylor | |
| Exhibit 28 | Western Missouri Radiology bills: | $617.00 |
| Exhibit 29 | Dr. Koprivica Deposition | |
| Exhibit 30 | Bill Hager Deposition | |
| Exhibit 31 | Summary | |
| Exhibit 32 | Settlement Agreement | |

Being advised in the premises and after considering the evidence, the Court makes the following findings and enters final judgment as follows:

1. Tim Hickman is a resident of Blue Springs, Jackson County, Missouri.

2. McKeever Enterprises, Inc. (hereinafter called MEI) is a Missouri corporation doing business in Jackson County, Missouri.

3. Bill Hager is a resident of Olathe, Kansas who at all times material hereto was employed by and acting in the ordinary scope and course of his employment as a store manager for MEI.

4. On December 5, 2008 in Independence, Jackson County, Missouri, Bill Hager, as the supervisor of Tim Hickman on the premises of MEI, was negligent in affirmatively causing or increasing the risks of injury to Tim Hickman in the following regards:

    (a) placing Tim Hickman on a pallet not designed for a human to stand on;

    (b) placing the pallet with Tim Hickman on it on a forklift;

    (c) elevating Tim Hickman with the forklift while Tim Hickman was standing on the pallet; and

      (d)      leaving the forklift after elevating the pallet with Tim Hickman on it.

5. As a direct and proximate result of the affirmative actions of Bill Hager, Tim Hickman fell and thereby received severe injuries of a permanent and progressive nature including but not limited to the following:

    a. Fracture anterior wall right maxillary sinus.

    b. Fracture medial wall right maxillary sinus.

    c. Fracture posterior wall right maxillary sinus.

    d. Fracture lateral wall right maxillary sinus.

    e. Comminuted fracture right Pterygoid plates.

    f. Fracture of body of right Zygoma.

    g  Fracture of maxilla involves nasal spine of maxilla and extends into the posterior aspect of body of maxilla especially on right side.

    h. Fracture anterior aspect of right palate.

    i. Fracture anterior wall left maxillary sinus.

    j. Fracture body of right mandible inferior to mandibular neck.

    k. Fracture left nasal process of maxilla.

    l. Fracture right nasal process of maxilla.

    m. Fracture right cortical.

    n. Comminuted and subluxed right maxillary walls fractures.

    o. Unstable free floating LeFort fracture segments that were more extensive than appeared on CT scan.

    p. Fractures alveolar ridge on right.

q. Shattered right orbital floor.

r. Multiple displaced fractures right inferior orbital wall.

s. Diplopia from facial fractures.

t. Hypertropia.

u. Strabismus both eyes.

v. Two front teeth knocked out.

w. Multiple fractured teeth.

x. A lot of loose teeth on right upper arch.

y. Significant malocclusion.  Significantly permanently damaged occlusion.

z. Malocclusion on both right and left due to maxillary fracture not able to correct completely with surgery.

aa. Completely avulsed right upper lateral incisor.

bb. Hemorrhage in both maxillary sinuses.

cc. Lacerations right side of face.

dd. 1 cm laceration on nuchal aspect right upper lip.

ee. Lost/damaged teeth

   1. Maxillary right second bicuspid requiring future bone graft and implant.

   2. Maxillary right lateral incisor plus loss of alveolar bone requiring root canal but ongoing fistula and need for future implant.

4

3. Maxillary right central incisor initial partial avulsion with subsequent lost nerve vitality and resorption requiring root canal and need for future implant.

4. Maxillary left central incisor partial avulsion.

5. Maxillary right canine with alveolar bone loss, partial avulsion, and lost innervation requiring future bone graft.

6. Maxillary right first bicuspid with partial avulsion and lost innervation.

7. Maxillary left second bicuspid fractures of coronal aspects requiring interim restoration with amalgam and composite filling requiring future root canal.

8. Maxillary left central incisor fractures of coronal aspects.

ff. Trigeminal nerve damage of infraorbital branch causing lost innervation and loss of adequate blood supply for multiple teeth. Ex. 19, p. 1

gg. Bilateral TMJ Syndrome. Ex. 19, p. 1

Said injuries have caused pain, suffering, loss of quality of life, disfigurement, lost wages, past and future medical bills.

ACCORDINGLY IT IS HEREBY ORDERED AND DECREED THAT JUDGMENT IS ENTERED IN FAVOR OF TIMOTHY HICKMAN AND AGAINST BILL HAGER IN THE AMOUNT OF SIX HUNDRED FIFTY THOUSAND DOLLARS ($650,000.00) PAYABLE FORTHWITH WITH EACH PARTY TO PAY HIS OWN COSTS.

Date: February 15, 2012              /s/ Greg Kays
                                     GREG KAYS, JUDGE
                                     UNITED STATES DISTRICT COURT